**Order entered February 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01646-CV

### IN RE GREYHOUND LINES, INC., FIRST GROUP AMERICA, AND MARC D. HARRIS, Appellant

**Original from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02930**

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the trial judge, the Honorable Phyllis Lister Brown, Judge of the 162nd Judicial District Court, to **VACATE** her September 25, 2013 "Order On Defendants' Second Amended Motion for Leave to Designate Responsible Third Party" and issue an order granting relators leave to designate Precision Poured Walls, Inc. a responsible third party pursuant to Section 33.004 of the Texas Civil Practice and Remedies Code. Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of its order issued in compliance with this order. We **ORDER** that relators recover their costs of this original proceeding from real party in interest.

/s/     DOUGLAS S. LANG
         JUSTICE